NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARTIN P. MARTINEZ,          )
DOC #H41903,                 )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D18-2683
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
                             )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Martin P. Martinez, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

          Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.